United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP SINGH,<br><br>               Plaintiff,<br><br>   v.<br><br>USCIS, et al.,<br><br>               Defendants. | Case No. 25-cv-00836-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Singh v. USCIS et al.*, Case No. 3:24-cv-06173-JSC.

**IT IS SO ORDERED.**

Dated: January 29, 2025



WILLIAM H. ORRICK
United States District Judge